UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on December 6, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 20-MJ-066 |
| | : | |
| ASHTON NESMITH, | : | VIOLATION: |
| | : | 18 U.S.C. § 844(i) |
| Defendant. | : | (Arson) |
| | : | 18 U.S.C. § 924(c)(1)(B)(ii) |
| | : | (Using, Carrying, Possessing, and |
| | : | Discharging a Destructive Device During a |
| | : | Crime of Violence) |
| | : | 26 U.S.C. § 5861(d) |
| | : | (Unlawful Possession of an Unregistered |
| | : | Firearm) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about April 22, 2020, within the District of Columbia, **ASHTON NESMITH**, maliciously damaged and destroyed, or attempted to damage and destroy, by means of fire and explosive materials, a vehicle and its contents, property of the Metropolitan Police Department for the District of Columbia and the District of Columbia Government, used in and affecting interstate commerce.

(**Arson**, in violation of Title 18, United States Code, Section 844(i))

**COUNT TWO**

On or about April 22, 2020, within the District of Columbia, **ASHTON NESMITH**, did unlawfully and knowingly use, carry, possess, and discharge a firearm, as defined in 18 U.S.C. § 921(a)(3) which includes a destructive device, that is, a Molotov cocktail, during and in relation

to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment, which is incorporated herein.

**(Using, Carrying, Possessing, and Discharging a Destructive Device During a Crime of Violence**, in violation of Title 18, United States Code, Sections 924(c)(1)(B)(ii))

### COUNT THREE

On or about April 22, 2020, within the District of Columbia, **ASHTON NESMITH** knowingly received and possessed a destructive device, that is, a Molotov cocktail, which had not been registered to him in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26 of the United States Code, Section 5845(f).

**(Unlawful Possession of an Unregistered Firearm**, in violation of Title 26, United States Code, Section 5861(d))

A TRUE BILL:

FOREPERSON.

*Michael R. Sherwin*

Attorney of the United States in
and for the District of Columbia.